## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 16 EAL 2022

           Petitioner           :

         :    Petition for Allowance of Appeal
         :    from the Order of the Superior Court

         v.                :

JORGE FRETTS,             :

           Respondent       :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.